NUMBER 13-08-00232-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


INLAND DREDGING COMPANY, L.L.C., Appellant,


v.



TEODORO NORIEGA, Appellee.

 ____________________________________________________________


On appeal from the 139th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Inland Dredging Company, L.L.C., perfected an appeal from a judgment
entered by the 139th District Court of Hidalgo County, Texas, in cause number
C-3030-06-C. Appellant has filed an unopposed motion to dismiss the appeal on grounds
that the appellant no longer wishes to pursue the appeal. Appellant requests that this
Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party incurring same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the
court will tax costs against the appellant."). Having dismissed the appeal at appellant's
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this 23rd day of July, 2009.